**NOT FOR PUBLICATION**

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IRINA CHERNYAKHOVSKAYA**, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**ALLIED INTERSTATE LLC**,<br><br>    Defendant. | **Civil Action No. 16-cv-2761 (JLL) (JAD)** |
| **IRINA CHERNYAKHOVSKAYA**, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**RESURGENT CAPITAL SERVICES, L.P. et. al.**<br><br>    Defendants. | **Civil Action No. 16-1235 (JLL) (JAD)** |

**JOSEPH A. DICKSON, U.S.M.J.**

This matter having come before the Court by a joint letter dated January 13, 2017 on behalf of all parties for the matters Irina Chernyakhovskaya v. Allied Interstate LLC, Docket No. 16-cv-2761 ("Allied") and Irina Chernyakhovskaya v. Resurgent Capital Services, L.P. and LVNV Funding LLC, Docket No. 16-cv-1235 ("LVNV") requesting that the Court stay the Allied case pending resolution of the LVNV case. After having considered the parties' letter, and for good cause shown; and

**WHEREAS** it appearing that a temporary stay of discovery in the Allied case would conserve judicial resources and favor the interest of the parties by avoiding the costs of discovery; and

**WHEREAS** a stay of the Allied case will not prejudice Plaintiff; and

It is on this 25th day of January, 2017,

**ORDERED THAT** the action <u>Irina Chernyakhovskaya v. Allied Interstate LLC</u>, Docket No. 16-cv-2761 is hereby stayed pending resolution of <u>Chernyakhovskaya v. Resurgent Capital Services, L.P. and LVNV Funding</u>, Docket No. 16-cv-1235.

JOSEPH A. DICKSON, U.S.M.J.

cc: Honorable Jose L. Linares, U.S.D.J.